IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR177 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE G. MARTINEZ-BAUTISTA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Wednesday, January 4, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between December 27, 2005, and January 4, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 27th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court